# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### Pensacola Division

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

## TYSON N. WATSON ,

Inmate ID Number: **195947** ,

*(Write your full name and inmate ID number.)*

**v.**

## DAVID COWART ,
## KYLE YOUNG ,

## In Their Individual Capacities ,
*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____ /

Case No.: **3:24cv556-MCR-HTC**
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
■ **YES** ☐ **NO**



PROVIDED TO
SANTA ROSA CI ON
**NOV 04 2024**
FOR MAILING BY

FILED USDC FLND PN
NOV 6 '24 AM10:07

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: _Tyson N. Watson_    ID Number: _195947_

List all other names by which you have been known: _____

_____

Current Institution: _Santa Rosa Correctional Institution_

Address: _5850 East Milton Road_

_Milton, Florida 32583-7914_

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for **each and every** Defendant:

1. Defendant's Name: _David Cowart_

   Official Position: _Correctional Officer_

   Employed at: _Santa Rosa Correctional Institution_

   Mailing Address: _5850 East Milton Road_

   _Milton, Florida 32583-7914_

   ☒ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: __Kyle Young__

Official Position: __Correctional Officer__

Employed at: __Santa Rosa Correctional Institution__

Mailing Address: __5850 East Milton Road__

__Milton, Florida 32583-7914__

■ Sued in Individual Capacity        □ Sued in Official Capacity

3. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

□ Sued in Individual Capacity        □ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)       ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☒ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee        ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

## INTRODUCTION

"This civil rights action is filed by Plaintiff Tyson N. Watson, demanding trial by jury, for damages, under 42 U.S.C. §1983, alleging excessive physical force ~~████████████~~ by Defendants David Cowart and Kyle Young. Plaintiff has personal knowledge of the facts herein and is competent to testify about them.

## JURISDICTION

1. This Court has jurisdiction over Plaintiff's claims under 42 U.S.C. §§ 1331(1) and 1343.

## PARTIES

2. Plaintiff was incarcerated at Santa Rosa Correctional Institution ('S.A.R.C.I.') during the events described herein.

3. Defendants, acting under color of state law, are sued in their individual capacities, and were both correctional officers, employed at S.A.R.C.I. during the events described herein.

## FACTS

4. In November of 2022 Plaintiff was in cell #C-1102 on Wing #1 in C-Dorm when he filed inmate grievances to complain that law library staff refused to provide Plaintiff with portions of 'Prisoners Self-Help Litigation Manual', as he previously requested, that he needed in preparation of his lawsuits.

5. On November 30, 2022 during the morning hour Plaintiff was still inside cell #C-1102 when Defendant Cowart (who normally escorts the inmate law clerk to C-Dorm to deliver and pick-up legal material) and Defendant Young (who normally is posted on duty in C-Dorm) approached Plaintiff's celldoor.

**Statement of Facts Continued** (*Page* 1 *of* 4 )

## I. Defendants' Excessive Force Against Plaintiff

6. While Defendants were cellfront at cell # C-1102 Defendant Cowart asked Plaintiff what hand he wrote with. Plaintiff replied that he wrote with his right hand. Defendant Young was present.

7. Then both Defendants ordered Plaintiff to submit to be handcuffed behind his back.

8. To comply with Defendants' order Plaintiff turned so that his back was facing Defendants outside the celldoor. Next, Plaintiff placed his arms behind him and proceeded to extend both of his wrists through the celldoor's handcuff port.

9. Once Plaintiff's wrists were through the handcuff port Plaintiff felt his right wrist being roughly and abruptly grabbed and Plaintiff turned his head to see that Defendant Cowart held his wrist while Defendant Young forcibly and intentionally bent the fifth (pinkie) finger of Plaintiff's right hand.

10. The pain was excruciating and made Plaintiff cry out and gasp in disbelief at what was happening. It hurt so much that Plaintiff became dizzy.

11. But both Defendants laughed at Plaintiff and told him that now he could no longer use his right hand to write grievances or lawsuits.

IV. STATEMENT OF FACTS, continued: (Page 2 of 4)

## II. Plaintiff's Injuries Were More Than Deminimis

12. Both Defendants were the proximate cause of the injuries that Plaintiff suffered:

13. Defendants' excessive force injured Plaintiff, causing him to complain to the physician that the fifth (pinkie) finger of Plaintiff's right hand was swollen and Plaintiff was unable to move it and was in serious pain.

14. The physician ordered an X-ray exam on Plaintiff's right hand which was done on December 7, 2022, and indicated: 'an acute, mildly displaced corner fracture involving the lateral base of the proximal phalanx of the fifth finger... and adjacent soft tissue swelling.'

15. Based on the X-ray's results the physician, Doctor Debra Perry, MD, ordered that Plaintiff's fractured finger be binded with buddy tape on December 9, 2022.

16. On January 11, 2023 a follow-up X-ray exam was done, as ordered by medical provider William Garrett, Advanced Practitioner Registered Nurse, on the fingers of Plaintiff's right hand.

17. The results of the second X-ray exam indicated that similar to before, there still was a proximal fifth finger phalanx fracture, at the proximal radial aspect, and no obvious healing.

18. For several months Plaintiff's fractured finger caused him serious pain which affected his normal daily activities by diminishing his use of his right hand.

19. Unto late April of 2023 Plaintiff continued to repeatedly complain that his fractured finger still was very painful even as Plaintiff still attempted to use his right hand.

IV.  STATEMENT OF FACTS, continued: (Page 3 of 4)

20.  On March 10, 2023 another follow-up X-ray exam was done, as ordered by medical provider Mr. Garrett, the results of which indicated that there still was a nonunion proximal phalanx fracture with mild displacement of the fifth (pinkie) finger on Plaintiff's right hand, and that there still was soft tissue swelling.

21.  Medical provider Mr. Garrett discussed the outcome of the Consultation Request with Plaintiff on May 16, 2023 regarding his fractured finger. After five and a half months since Defendants fractured Plaintiff's finger it was still swollen, very painful, fractured, diminished in use, and not completely healed.

22.  Plaintiff also suffered emotional and mental anguish as a result of Defendants' excessive force against him to include shock and fear at the time Defendants assaulted him, and also to include trauma through several months after Defendants assaulted him to the degree that Plaintiff frequently experienced flash backs, paranoia, and freezing up when he was required by correctional officers to submit to be handcuffed through a celldoor's handcuff port.

## III.  Plaintiff's Exhaustion Of Administrative Remedies

23.  On April 3, 2023 Plaintiff filed Grievance, Log #2304-119-003 which was approved in regards to Defendants' actions.

24.  Plaintiff has exhausted all administrative remedies available to him via the inmate grievance process concerning Plaintiff's claims.

## VERIFICATION

25.  Plaintiff Tyson N. Watson hereby declares under the penalties of perjury that I have read the foregoing 'Statement of Facts', and

IV.    STATEMENT OF FACTS, continued: (Page 4 of 4 )

that the facts stated herein and throughout this 'Civil Rights Complaint'
are true and correct."

November 4, 2024                          Tyson N. Watson
Date                                      Plaintiff's Signature

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1. On November 30, 2022 the actions of Defendants Cowart and Young in misusing physical force against Plaintiff without provocation or penological need were excessive, malicious, and sadistic and constituted cruel and unusual punishment, and contributed to and proximately caused wanton infliction of

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

A. Grant Plaintiff's Demand for a trial by jury.
B. Award nominal damages in the amount of $1.00 against Defendants Cowart and Young for violating Plaintiff's rights.
C. Award compensatory damages in the following amounts:
   1. $100,000.00 jointly and severally against Defendants Cowart and Young for the physical and emotional injuries and serious

## V.    STATEMENT OF CLAIMS, continued:

serious pain to Plaintiff, in violation of the Eighth
Amendment of the United States Constitution.



VI. Relief, continued :

pain sustained as a result of their excessive force against Plaintiff.

D. Grant all costs related to this case.
E. Grant such other relief as it may appear that Plaintiff is entitled.

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☒ YES   ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: 6/10/08         Case #: 3:08-cv-00567

   Court: U.S. District Ct./M.D.Fla.

   Reason: Dismissed without prejudice prior to service

2. Date: 3/09/09         Case #: 3:08-cv-01152

   Court: U.S. District Ct./M.D.Fla.

   Reason: Voluntary dismissed prior to service

3. Date: 2/22/12         Case #: 3:11-cv-00578

   Court: U.S. District Ct./N.D.Fla.

   Reason: Voluntary dismissed prior to service

VIII. A.   PRIOR LITIGATION, continued:

A.4.   Date: 3/12/12        Case #: 3:12-cv-00270
       Court: U.S. District Ct./ M.D.Fla.
       Reason: Transferred to N.D.Fla. prior to service


A.5.   Date: 4/26/12        Case #: 3:12-cv-00112
       Court: U.S. District Ct./ N.D.Fla.
       Reason: Voluntarily dismissed prior to service


A.6.   Date: 2013?      Case #: 3:13-cv-889-MMH-TEM
       Court: U.S. District Ct./ M.D.Fla.
       Reason: ?????


A.7.   Date: 7/8/22         Case #: 3:22-cv-00754-MMH-PDB
       Court: U.S. District Ct./ M.D.Fla.
       Reason: Dismissed without prejudice prior to service


A.8.   Date: 1/4/23     Case #: 3:22-cv-01443-MMH-LLL
       Court: U.S. District Ct./ M.D.Fla.
       Reason: Dismissed without prejudice prior to service


A.9.   Date: 10/11/23       Case #: 3:23-cv-01175-MMH-MCR
       Court: U.S. District Ct./M.D.fla.
       Reason: Dismissed without prejudice prior to service

VIII. A.    PRIOR LITIGATION, continued:

A. 10.    Date: 10/13/23    Case #: 3:23-cv-01177-BJD-JBT
Court: U.S. District Ct./M.D. Fla.
Reason: Dismissed without prejudice prior to service


A. 11.    Date: 1/26/24    Case #: 3:24-cv-00081-WWB-LLL
Court: U.S. District Ct./M.D. Fla.
Reason: Pismissed without prejudice prior to service


A. 12.    Date: 9/19/24    Case#: 3:24-cv-506-MMH-PDB
Court: U.S. District Ct./M.D. Fla.
Reason: Voluntarily dismissed without prejudice prior to service


A. 13.    Date: 8/13/24    Case#: 4:24-cv-218-AW-MAF
Court: U.S. District Ct./N.D. Fla.
Reason: Voluntarily dismissed without prejudice prior to service


A. 14.    Date: 6/13/24    Case#: 3:24-cv-261-LAC-ZCB
Court: U.S. District Ct./N.D. Fla.
Reason: Voluntarily dismissed without prejudice prior to service


A. 15.    Date: Oct. of 2024    Case #: 3:24-cv-264-MCR-ZCB
Court: U.S. District Ct./N.D. Fla.
Reason: Voluntarily dismissed without prejudice prior to service

VIII. A.    PRIOR LITIGATION, continued:

A. 16.    Date: Oct. of 2024         Case#: 3:24-cv-266-MCR-ZCB
          Court: U.S. District Ct./ N.D. Fla.
          Reason: Voluntarily dismissed without prejudice prior to service

A. 17.    Date: 6/13/24         Case#: 3:24-cv-267-LAC-HTC
          Court: U.S. District Ct./ N.D. Fla.
          Reason: Voluntarily dismissed without prejudice prior to service

A. 18.    Date: Oct. of 2024         Case#: 3:24-cv-263-LAC-ZCB
          Court: U.S. District Ct./ N.D. Fla.
          Reason: Voluntarily dismissed without prejudice prior to service

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits or appeals in *state or federal court* dealing

with the same facts or issue involved in this case?

☐ YES ■ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1.  Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

2.  Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

*(If necessary, list additional cases on an attached page)*

C.  Have you filed any other lawsuit, habeas corpus petition, or appeal in

*state or federal court* either challenging your conviction or relating to

the conditions of your confinement?.

■ YES   ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 0:03-cv-61844-UU Parties: Jenne, Nightingale, Adams, Williams

   Court: U.S. District Ct./S.D.Fla.   Judge: Ursula Ungaro

   Date Filed: 10/07/03   Dismissal Date (*if not pending*): 12/22/04

   Reason: Dismissed without prejudice

2. Case #: 0:03-cv-61845-WJZ Parties: Jenne, Nightingale, Oropesa, Davis, Williams, Gil, Nelson, Agosto

   Court: U.S. District Ct./S.D.Fla.   Judge: William J. Zloch

   Date Filed: 10/07/03   Dismissal Date (*if not pending*): 4/26/05

   Reason: Dismissed without prejudice

3. Case #: 3:08-cv-00567   Parties: Decker, Hicks, Swain, Sloan, Jill, Braden, Napier, Robinson, Harper, Walker, Davis, Gavrielle, Lee, Newell, Wheeler, Johnson.

   Court: U.S. District Ct./M.D.Fla.   Judge: Virginia M. Hernandez-Covington

   Date Filed: 6/05/08   Dismissal Date (*if not pending*): 6/10/08

   Reason: Dismissed without prejudice

4. Case #: 3:08-cv-00898   Parties: Swain, Sloan

   Court: U.S. District Ct./M.D.Fla.   Judge: Timothy J. Corrigan

   Date Filed: 9/19/08   Dismissal Date (*if not pending*): 5/16/11

   Reason: Settlement reached between parties

5. Case #: 3:08-cv-01152   Parties: Newell, Wheeler, Johnson

   Court: U.S. District Ct./M.D.Fla.   Judge: Marcia M. Howard

   Date Filed: 11/28/08   Dismissal Date (*if not pending*): 3/09/09

   Reason: Voluntarily dismissed

6. Case #: 3:10-cv-00990    Parties: Wheeler, Newell, Johnson

Court: U.S. District Ct./M.D.Fla.    Judge: Marcia M. Howard

Date Filed: 10/25/10    Dismissal Date (*if not pending*): 6/09/11

Reason: Settlement reached between parties

(***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## VIII.   PRIOR LITIGATION, continued:

C.7.   Case #: 3:10-cv-01024
Parties: Curtis, Kent, Hodges
Court: U.S. District Ct./ M.D.Fla.
Judge: Roy B. Dalton, Jr.
Filed: 11/8/10          Dismissal: 6/09/11
Reason: Settlement reached between parties

C.8.   Case #: 3:11-cv-00578
Parties: Tifft, Johnson, Godfrey, Martin
Court: U.S. District Ct./N.D. Fla.
Judge: Lacey A. Collier
Filed: Nov. of 2011     Dismissal: 2/22/12
Reason: Voluntarily dismissed without prejudice

C.9.   Case #: 3:12-cv-00270
Parties: Godfrey, Martin, Johnson, Diamond, White, Dubose
Court: U.S. District Ct./ M.D. Fla.
Judge: Roy B. Dalton, Jr.
Filed: 3/12/12     Dismissal: 3/12/12
Reason: Transferred to N.D. Fla.   (see below)

C.10.   Case #: 3:12-cv-00112
Parties: Godfrey, Martin, Johnson, Diamond, White, Dubose
Court: U.S. District Ct./ N.D. Fla.
Judge: Roger Vinson

## VIII.  PRIOR LITIGATION, continued:

Filed: 3/15/12    Dismissal: 4/26/12
Reason: Voluntarily dismissed without prejudice

C.11.    Case #:  3:12-cv-365-MCR-EMT
Parties: Edelen, Rogers, Johnson, Doe, Hawkins, Rummel
Court: U.S. District Ct./ N.D. Fla.
Judge: Elizabeth M. Timothy
Filed: 7/2?/12    Dismissal: February of 2015
Reason: Settlement reached between parties

C.12.    Case #:  3:12-cv-00771-TJC-JBT
Parties: Robinson, Lee, Manucy, Cartrette, Slone, Norman, Jenkins
Court: U.S. District Ct./ M.D. Fla.
Judge: Timothy J. Corrigan
Filed: 7/09/12    Dismissal: February of 2015
Reason: Settlement reached between parties

C.13.    Case #: 3:13-cv-1571-J-BJD-JK
Parties: Lister
Court: U.S. District Ct./ M.D. Fla.
Judge: Marcia M. Howard
Filed: 12/19/13    Dismissal: February of 2015
Reason: Settlement reached between parties

VIII.    PRIOR LITIGATION, continued:

C.14.    Case # :  3:13-cv-1572-HES-JBT
         Parties : Martin, Lister, Hancock, Cherry
         Court : U.S. District Ct./M.D.Fla.
         Judge : Not Known
         Filed : 12/19/13        Dismissal: February of 2015
         Reason : Settlement reached between parties


C.15.    Case # :  3:13-cv-889-MMH-TEM
         Parties : Ford, Lister, Batton
         Court : U.S. District Ct./M.D.Fla.
         Judge : Marcia Morales Howard
         Filed : 2013        Dismissal : 2013???
         Reason : ?????


C.16.    Case # : 37-2009-CA-4821
         Parties : Swain, Allen, Strong, Lynch, Crowe, Slone
         Court : Judicial Circuit Court of Leon County
         Judge = Terry P. Lewis
         Filed : 12/10/09        Dismissal : 4/17/11
         Reason : Petition for Protection Against Repeat Violence


C.17.    Case # : 63-2009-DR-0315
         Parties : Swain, Allen, Strong, Lynch, Crowe, Slone
         Court : Judicial Circuit Court of Union County
         Judge : David L. Reiman
         Filed : 12/28/09    Dismissal: 3/15/11
         Reason : Petition for Protection Against Repeat Violence

## VIII.C.   PRIOR LITIGATION, continued:

**C.18.**   Case #: 63-2010-CA-0129
Parties: Watts
Court: Judicial Circuit Court of Union County
Judge: Martha Ann Lott
Filed: 10/26/10   Dismissal: 11/18/10
Reason: Writ of Replevin

**C.19.**   Case #: 12-0261-CA
Parties: IGO, Tifft, Johnson, Godfrey, Martin, Diamond, White, Dubose
Court: Judicial Circuit Court of Santa Rosa County
Judge: Marci L. Goodman
Filed: 2/27/12   Dismissal: Voluntarily on 5/4/12
Reason: Petition for Protection Against Repeat Violence

**C.20.**   Case #: 2013-50-RV
Parties: Melia, Norris
Court: Judicial Circuit Court of Suwannee County
Judge: William F. Williams III
Filed: 7/11/13   Dismissal: 7/18/13
Reason: Petition for Protection Against Repeat Violence

**C.21.**   Case #: Unknown
Parties: Florida Department of Corrections Warden
Court: Judicial Circuit Court of Santa Rosa County
Judge: Unknown
Filed: 2008-2010?   Dismissal: 2008-2010?
Reason: Habeas Corpus for unconstitutional confinement

## VIII.C.   PRIOR LITIGATION, continued:

C.22.   Case # : Unknown
Parties : Florida Department of Corrections Warden
Court : Judicial Circuit Court of Union County
Judge : Unknown
Filed : 2008-2010?   Dismissal: 2008-2010?
Reason : Habeas Corpus for unconstitutional confinement

C.23.   Case # : 916 So.2d 808 (Fla. 4th DCA 2005)
Parties : State of Florida
Court : Fourth District Court of Appeals of Florida
Judge : Unknown
Filed : Mid-2005   Dismissal: 12/27/05
Reason : Initial Brief Appeal from Felony convictions

C.24.   Case # : 02-13952  CF10A
Parties : State of Florida
Court : Judicial Circuit Court of Broward County
Judge : Ana I. Gardiner
Filed : 7/16/07   Dismissal: 1/16/08
Reason : First 3.850 Motion for Post-Conviction Relief

C.25.   Case # : 992 So.2d 270 (Fla. 4th DCA 2008)
Parties : State of Florida
Court : Fourth District Court of Appeals of Florida
Judge : Unknown
Filed : 3/13/08   Dismissal: 10/22/08
Reason : First Post-Conviction Relief Appeal

## VIII.C.    PRIOR LITIGATION, continued:

C.26.    Case # : 02-13952 CF10A
Parties : State of Florida
Court : Judicial Circuit Court of Broward County
Judge : Martwell?
Filed : 9/30/09    Dismissal: 11/3/09
Reason: First 3.800 Motion to Correct Sentence

C.27.    Case # : 02-13952 CF10A
Parties : State of Florida
Court : Judicial Circuit Court of Broward County
Judge : Bernard I. Bober
Filed : 9/16/16    Dismissal: Voluntarily on 4/2/18
Reason : Second 3.850 Motion for Post-Conviction Relief

C.28.    Case # : 02-13952 CF10A
Parties : State of Florida
Court : Judicial Circuit Court of Broward County
Judge : Bernard I. Bober
Filed : 8/6/20    Dismissal: 5/3/21
Reason : Third 3.850 Motion for Post-Conviction Relief

C.29.    Case # : 3:22-cv-00754-MMH-PDB
Parties : Suwannee Correctional Institution
Court : U.S. District Ct./ M.D.Fla.
Judge : Marcia Morales Howard
Filed : 7/8/22    Dismissal: Date Unknown
Reason : Pro Se Letter complaint dismissed without prejudice

VIII. C.    PRIOR LITIGATION, continued:

C.30.    Case #: 3:22-cv-01443-MMH-LLL
         Parties: Suwannee Correctional Institution
         Court: U.S. District Ct./M.D.Fla.
         Judge: Marcia Morales Howard
         Filed: December of 2022    Dismissal: 1/4/23
         Reason: Pro Se Letter complaint dismissed without prejudice


C.31.    Case #: 3:23-cv-01175-MMH-MCR
         Parties: Suwannee Correctional Institution
         Court: U.S. District Ct./M.D.Fla.
         Judge: Marcia Morales Howard
         Filed: 10/3/23        Dismissal: 10/11/23
         Reason: Pro Se Letter complaint dismissed without prejudice


C.32.    Case #: 3:23-cv-01177-BJD-JBT
         Parties: Florida Department of Corrections
         Court: U.S. District Ct./M.D.Fla.
         Judge: Brian J. Davis
         Filed: 10/10/23        Dismissal: 10/13/23
         Reason: Pro Se Letter complaint dismissed without prejudice


C.33.    Case #: 3:24-cv-00081-WWB-LLL
         Parties: Florida Department of Corrections
         Court: U.S. District Ct./M.D.Fla.
         Judge: Wendy W. Berger
         Filed: 1/16/24        Dismissal: 1/26/24
         Reason: Pro Se Letter complaint dismissed without prejudice

VIII. C.         PRIOR LITIGATION, continued:

C.34.         Case #:  3:24-cv-504-WWB-PDB
              Parties: Williams
              Court: U.S. District Ct./M.D.Fla.
              Judge: Wendy W. Berger
              Filed: 5/20/24          Dismissal: Pending
              Reason: N/A


C.35.         Case #:  3:24-cv-505-TJC-SJH
              Parties: Campos
              Court: U.S. District Ct./M.D.Fla.
              Judge: Timothy J. Corrigan
              Filed: 5/20/24          Dismissal: Pending
              Reason: N/A


C.36.         Case #:  3:24-cv-506-MMH-PDB
              Parties: Duckwiler
              Court: U.S. District Ct./M.D.Fla.
              Judge: Marcia M. Howard
              Filed: 5/20/24          Dismissal: 9/19/24
              Reason: Consolidated w/ M.D.Fla. case # 3:24-cv-504-WWB-PDB


C.37.         Case #:  4:24-cv-218-AW-MAF
              Parties: Whitfield
              Court: U.S. District Ct./N.D.Fla.
              Judge: Martin A. Fitzpatrick
              Filed: 5/17/24          Dismissal: 8/13/24
              Reason: Voluntarily dismissed w/o prejudice prior to service

VIII. C.        PRIOR LITIGATION, continued:

C.38.        Case #: 3:24-cv-261-LAC-ZCB
             Parties: R. Butler
             Court: U.S. District Ct./N.D.Fla.
             Judge: Lacey A. Collier
             Filed: May of 2024    Dismissal: 6/13/24
             Reason: Consolidated w/ N.D.Fla. case# 3:24-cv-264-MCR-ZCB


C.39.        Case #: 3:24-cv-262-MCR-HTC
             Parties: A. Smith
             Court: U.S. District Ct./N.D.Fla.
             Judge: Hope T. Cannon
             Filed: May of 2024    Dismissal: Pending
             Reason: N/A


C.40.        Case #: 3:24-cv-264-MCR-ZCB
             Parties: Roeske, Lavergne, Butler
             Court: U.S. District Ct./N.D.Fla.
             Judge: Zachary C. Bolitho
             Filed: May of 2024    Dismissal: Oct. of 2024
             Reason: Voluntarily dismissed w/o prejudice prior to service


C.41.        Case #: 3:24-cv-265-MCR-HTC
             Parties: White, Jones
             Court: U.S. District Ct./N.D.Fla.
             Judge: Hope T. Cannon
             Filed: May of 2024    Dismissal: Pending
             Reason: N/A

VIII, C.        PRIOR LITIGATION, continued:

C. 42.          Case #:  3:24-cv-266-MCR-ZCB
                Parties:  Cowart, Young
                Court:  U.S. District Ct./N.D.Fla.
                Judge:  Zachary C. Bolitho
                Filed:  May of 2024       Dismissal:  October of 2024
                Reason:  Voluntarily dismissed w/o prejudice prior to service

C. 43.          Case #:  3:24-cv-267-LAC-HTC
                Parties:  Curran
                Court:  U.S. District Ct./N.D.Fla.
                Judge:  Hope T. Cannon
                Filed:  May of 2024       Dismissal:  6/13/24
                Reason:  Consolidated w/ N.D.Fla. case# 3:24-cv-263-LAC-ZCB

C. 44.          Case #:  1D2024-1859
                Parties:  Fla. Dept. of Corrections
                Court:  1st District Ct. of Appeal, FL.
                Judge:  Kristina Samuels
                Filed:  7/22/24       Dismissal:  8/1/24
                Reason:  Transferred to Leon Co. Circuit Ct. # 2024-CA-1240

C. 45.          Case #:  3:24-cv-263-LAC-ZCB
                Parties:  Curran
                Court:  U.S. District Ct./N.D.Fla.
                Judge:  Lacey A. Collier
                Filed:  May of 2024      Dismissal:  Oct. of 2024
                Reason:  Voluntarily dismissed w/o prejudice prior to service

VIII.C.      PRIOR LITIGATION, continued:

C.46.        Case # : 1D2024-2694
             Parties: State of FL
             Court: First District Court of Appeals, FL.
             Judge: Kristina Samuels
             Filed: 10/17/2024          Dismissal: Still Pending
             Reason: N/A

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 11/ 4 /24 Plaintiff's Signature: _Tyson N. Watson_

Printed Name of Plaintiff: __Tyson N. Watson   D.C. # 195947__

Correctional Institution: _Santa Rosa Correctional Institution_

Address: _5850 East Milton Road_

_Milton, Florida 32583-7914_

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ▣ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the _4th_ day of _Nov._ ;20_24_.**

Signature of Incarcerated Plaintiff: _Tyson N. Watson_

Mr. Tyson N. Watson D.C. #195~~
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32202

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

PRIORITY MAIL



US POSTAGE via PITNEY BOWES
ZIP 32583 $ 010.75⁰
02 7W
0008035890 NOV. 04 2024

ATTENTION POSTAL CARRIER
PACKAGE EXCEEDS 13 OZ.
INSPECTED BY S.A.R.C.I. STAFF

The U.S. District Court
1 North Palafox Street
Pensacola, Florida 32502

NOV 0 6 2024

LEGAL
MAIL

LEGAL
MAIL